UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                   No. 20-CR-126-LTS

ADELMIR OLIVA,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter, dated November 12, 2020, from Defendant Oliva. The letter, which references sensitive attorney-client communications and asks for legal advice, will be filed under seal. A copy of the letter is being provided to Mr. Oliva's attorney, David Touger. Mr. Touger is directed to promptly provide a copy of this Order to Mr. Oliva, and to discuss the issue raised in Mr. Oliva's November 12, 2020, letter with his client. Mr. Oliva is advised that the Court does not provide legal advice and that, as Mr. Oliva is represented by counsel, the Court will not entertain direct applications by Mr. Oliva on his own behalf.

       SO ORDERED.

Dated: New York, New York
       November 18, 2020

                                                                                  /s/ Laura Taylor Swain
                                                                       LAURA TAYLOR SWAIN
                                                                       United States District Judge