**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

March 30, 2022
BY ECF

# MEMO ENDORSED

Honorable Laura T. Swain
United States Chief District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Adelmir Oliva, 20 Cr. 126 (LTS)

Your Honor,

The Defense is in receipt of the Government's opposition papers to the Defendant's motion to compel production of the Confidential Informants in this matter. I would most respectfully ask, with the Government's consent, that I be allowed until April 6th to Reply to their Opposition. Before, I submit my papers I must meet with my client and the earliest visit I could get was April 4th. Thus, I would ask that the Court allow me until April 6th to Reply.

Thank you very much for your attention to this matter.

Most Respectfully,

David Touger

The requested extension of time is granted.  DE#280 resolved.

SO ORDERED.
Dated: March 30, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.