UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                    No. 20-CR-126-LTS

ADELMIR OLIVA,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received a letter dated March 7, 2022, from Defendant Adelmir Oliva. The letter, which references sensitive attorney-client communications, will be filed under seal, and a copy has been provided to Mr. Oliva's current counsel, David Touger, Esq.

A conference to address Mr. Oliva's request for a change in counsel is scheduled for **April 27, 2022, at 11:30 a.m.**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

Mr. Touger is directed to promptly provide a copy of this Order to Mr. Oliva.

    SO ORDERED.

Dated: New York, New York
       April 7, 2022

                                                 /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 Chief United States District Judge