UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

     -v-                                                                                       No. 20CR126-LTS

ADELMIR OLIVA (9),

                        Defendant.

-------------------------------------------------------------X

## ORDER

      As stated on the record in open court, the Court hereby appoints Rita M. Glavin, Esq., as an additional CJA counsel solely for the purpose of consultation with Mr. Oliva for 60 days. Ms. Glavin is directed to file a letter when she has completed her consultation or if she should need any additional time.

      SO ORDERED.

Dated: New York, New York
        April 27, 2022

                                                        /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge