UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                     No.  20-CR-126-LTS

ADELMIR OLIVA,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter dated May 24, 2022, from Defendant Oliva.  The Court will file the letter on the public docket, and will provide copies of the letter to Mr. Oliva's attorney and the Government at today's pretrial conference.

Mr. Oliva is reminded that the Court does not provide legal advice and that, as Mr. Oliva is represented by counsel, the Court will not entertain direct applications by Mr. Oliva on his own behalf.

    SO ORDERED.

Dated: New York, New York
       June 16, 2022

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge