GLAVIN PLLC
156 West 56th Street, Suite 2004
New York, New York 10019
646-693-5505

June 28, 2022

**VIA ECF**
Chief Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:   United States v. Adelmir Oliva et al., 20 Cr. 126 (LTS)

Dear Judge Swain:

    I was appointed on April 27, 2022 to serve as CJA counsel to Adelmir Oliva "solely for the purpose of consultation" in the above-referenced matter for 60 days.  *See* Dkt. 298.  After consulting with Mr. Oliva's primary CJA counsel, David Touger, I respectfully request that my appointment for consultation purposes be extended for another 30 days.  The purpose for this extension is to discuss with Mr. Oliva a possible disposition in this matter, and I will be present for the July 6, 2022 status conference if the Court has any questions.

                                   Respectfully submitted,

                                   /s/ Rita M. Glavin
                                   Rita M. Glavin

cc: All parties via ECF

Application granted.  DE#317 resolved.

SO ORDERED.
Dated: June 28, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.