UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-126 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| ADELMIR OLIVA, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that there will be a conference on January 25, 2023, at 2:30 p.m.

Dated: New York, New York
       January 17, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.