UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-126 (SHS) |
| -against- | : | |
| | | **ORDER** |
| ADELMIR OLIVA, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      IT IS HEREBY ORDERED that Donald D. DuBoulay, the CJA attorney on duty today, is appointed to represent the defendant solely for the purpose of consultation with Mr. Oliva for 60 days.

Dated: New York, New York
      January 25, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.