***PELUSO & TOUGER, LLP***
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

## MEMO ENDORSED

BY ECF:
February 27, 2023

Honorable Sidney H. Stein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Adelmir Oliva, 20 Cr. 126 (SHS)

Your Honor,

I am counsel for the above-named defendant. I write to respectfully request that the Court cancel the scheduled *Frye Hearing* for Thursday, March 2, 2023. The Government has made a new offer that my client is considering. I unfortunately cannot see my client again before Thursday's Court conference due to other already scheduled engagements. I apologize for any inconvenience this causes the Court and beg the Court's indulgence.

Thank you very much for attention to this matter.

Most Respectfully,

David Touger

**The hearing on March 2 is cancelled. There will be a conference on March 16, 2023, at 12:00 p.m.**

Dated: New York, New York
February 28, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.