UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-126 (SHS) |
| -v- | : | <u>ORDER</u> |
| ADELMIR OLIVA, | : | |
| Defendant. | : | |

-------------------------------------------------------x

Sidney H. Stein, U.S. District Judge:

    IT IS HEREBY ORDERED that there will be a conference in this matter on March 8, 2023, at 11:00 a.m.

Dated: New York, New York
       March 3, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.